# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**STEPHEN OROSS**                      :

    Plaintiff                         :           CIVIL ACTION
                                               :
                                               :           NO. 21-5032
    v.
                                               :
                                               :

**KUTZTOWN UNIVERSITY,** *et al.*:

    Defendants                      :

## ORDER

AND NOW, this _____ Day of _____, 2022, upon consideration of Plaintiff's Motion to Extend Temporary Restraining Order And/or for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, and Defendants' Response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED. Defendants' are ORDERED to reinstate Professor Stephen Oross to full active duty with a remote work accommodation, including, but not limited to, those accommodations necessary for him to teach his scheduled classes for the 2022 spring semester and thereafter, conduct office hours, and fulfill his other job duties on-line, without requiring him to be physically present on the University's campus, until further Order of this Court. Furthermore, Defendants are enjoined from terminating or otherwise interfering with Professor Oross's medical benefits.

                                                            BY THE COURT:

                                                            _____

                                                            JEFFREY L. SCHMEHL, J.