IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN OROSS, III,** : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO.   21-CV-5032 |
| v. : | |
| : | |
| **KUTZTOWN UNIVERSITY, et al.,** : | |
| : | |
| Defendants. : | |

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW Ralph E. Lamar, and enters his appearance on behalf of plaintiff in connection with the above captioned action.

This 4th day of March, 2022.

 /s/ Ralph E. Lamar
Ralph E. Lamar
902 W. Hamilton Street, #225
Allentown, PA 18101
(610) 563-0726
ralphlamar@ymail.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I, Ralph E. Lamar, Esquire, co-counsel for plaintiff, certify that on March 4, 2022 I caused the foregoing document to be filed via ECF and that Defendant's counsel is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

    Defendant's counsel:

>Kathy A. Le
>Deputy Attorney General
>Pennsylvania Office of Attorney General
>Eastern Regional Office, Civil Litigation Section
>1600 Arch Street, Suite 300
>Philadelphia, PA 19103

                                            __*s/Ralph E. Lamar*___
                                            Ralph E. Lamar, Esq.