IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN OROSS,<br>           **Plaintiff,**<br><br>v.<br><br>KUTZTOWN UNIVERSITY, et al.,<br><br>           **Defendants.** | **CIVIL ACTION**<br>No. 21-5032 |

## ORDER

**AND NOW**, this 25th day of July, 2022, it is hereby **ORDERED** that the dispositive motion deadline is extended to **Friday, October 14, 2022** and the next telephonic status conference shall be held on **Tuesday, October 11, 2022, at 3:00 p.m**. The dial-in number is 888-204-5984 and the access code is 3221457.

                                                                        **BY THE COURT**:


                                                                        /s/ Jeffrey L. Schmehl
                                                                        JEFFREY L. SCHMEHL, J.