IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN OROSS,

        Plaintiff,

v.

KUTZTOWN UNIVERSITY, et al.,

        Defendants.

CIVIL ACTION
No. 21-5032

## ORDER

**AND NOW**, this 25th day of July, 2023, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion for Partial Summary Judgment [Doc. 48] is **GRANTED** in part and **DENIED** in part.

2. The Defendants' Motion for Summary Judgment [Doc. 49] is **GRANTED** in part and **DENIED** in part.

3. Judgment is **ENTERED** in favor of Plaintiff and against Defendants on Counts I, II, III, IV, VI (interference), of the Complaint.

4. Judgment is **ENTERED** in favor of the Defendants and against the Plaintiff on Counts V, VII, VIII, IX, X, XI, XII of the Complaint.

5. Plaintiff's request for emotional and punitive damages under the Rehabilitation Act are **STRICKEN** from the Complaint.

6. The Plaintiff's First Motion to Strike Defendants' Motion for Summary Judgment [Doc. 58] is **DENIED**.

7. Trial on Count VI (retaliation) and damages on Counts I, II, III and IV shall be held on a date to be determined.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**

2