# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN OROSS, III, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 21-05032 |
| KUTZTOWN UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of August, 2023, upon consideration of Defendants' unopposed request for an extension, it is hereby **ORDERED** that the deadline for Defendants' response to Plaintiff's Motion for Reconsideration (Doc. No. 71) is extended by 21 days, from August 22, 2023 to September 12, 2023.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**