IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN OROSS,<br>    **Plaintiff,**<br><br>v.<br><br>KUTZTOWN UNIVERSITY, et al.,<br><br>    **Defendants.** | CIVIL ACTION<br>No. 21-5032 |

### ORDER

**AND NOW**, this 8th day of January, 2024, it is hereby **ORDERED** that:

1. The Plaintiff's motion for reconsideration [Doc. 71] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to Count V of the Complaint. The portion of the Court's Order July 25, 2023 [Doc. 70] granting summary judgment in favor of Defendants and against Plaintiff on Count V of the Complaint is **VACATED**.

3. Judgment is **ENTERED** in favor of the Plaintiff and against the Defendants on Count V of the Complaint.

4. The motion is **DENIED** in all other respects.

                **BY THE COURT:**


                **/s/ Jeffrey L. Schmehl**
                **JEFFREY L. SCHMEHL, J.**