IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN OROSS,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KUTZTOWN UNIVERSITY, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>No. 21-5032 |

## ORDER

**AND NOW**, this 18th day of January, 2024, it is hereby **ORDERED** that a telephonic status conference shall be held on **Monday, January 22, 2024, at 11:00 a.m.** The dial-in number is 888-204-5984 and the access code is 3221457.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　　**JEFFREY L. SCHMEHL, J.**