**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEPHEN OROSS,     :
             :
    Plaintiff,    :
             :
   v.        :   CIVIL ACTION NO. 21-5032
             :
KUTZTOWN UNIVERSITY, *et al.*,    :
             :
    Defendants.   :

## <u>ORDER</u>

**AND NOW**, this 22ND day of January, 2024, it is hereby **ORDERED** as follows:

1. A final pretrial conference shall be held in person on Friday, April 5, 2024 at 10:00 a.m. at The Gateway Building, 201 Penn Street, 5th Floor, Reading, Pennsylvania 19601;

2. Jury selection shall be held on Monday, May 13, 2024, at 9:30 a.m. in the James A. Byrne United States Courthouse, 601 Market Street, courtroom to be determined, Philadelphia, Pennsylvania 19106;

3. Trial shall begin on Tuesday, May 14, 2024 at 9:30 a.m. in the Reading Courtroom at The Gateway Building, 201 Penn Street, 5th Floor, Reading, Pennsylvania, 19601.

         **BY THE COURT:**

         */s/ Jeffrey L. Schmehl*
         **JEFFREY L. SCHMEHL, J.**