AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| v. | ) ) ) ) ) | Case No.: |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|
| I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: |

    ☐ Electronic service         ☐ First class mail, postage prepaid
    ☐ Other: _____
    s/ Attorney: _____
    Name of Attorney: _____

For: _____      Date: _____
      *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*      *Deputy Clerk*      *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print   Save As...   Reset

## Kaplan, Leaman & Wolfe Court Reporters — Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376   Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Monday, March 21, 2022 | 13778 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone: (610) 436-6060   Fax: (610) 436-6804

| Field | Value |
|---|---|
| Witness: | Alexis Martin |
| Case: | Stephen Oross vs. Kutztown University, et al. |
| Venue: | |
| Case #: | |
| Date: | 3/2/2022 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | ack, Kelli Jastrzembski |
| Claim #: | |
| File #: | 96728da |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 69 | $224.25 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $274.25 |
| Payments | | $0.00 |
| Balance Due | | $274.25 |

*We appreciate your business!*

Fed. I.D. # 455337944
*PLEASE NOTE OUR NEW CHANGE OF ADDRESS*

## Kaplan Leaman & Wolfe Court Reporters                                        Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376      Fax: (215) 922-1950

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 16, 2022 | 13710 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060    Fax:   (610) 436-6804

**Witness:** Jennifer Weidman
**Case:** Stephen Oross vs. Kutztown University, et al.
**Venue:**
**Case #:**
**Date:** 3/7/2022
**Start Time:** 10:00 AM
**End Time:** : 0
**Reporter:** /ice, Kelli Jastrzembski
**Claim #:**
**File #:**                                                              96731da

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 173 | $562.25 |
| Appearance Fee | 1 | $50.00 |
| Sub Total | | $612.25 |
| Payments | | $0.00 |
| Balance Due | | $612.25 |

*We appreciate your business!*

Fed. I.D. # 45-5337944
*We appreciate your business!*

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 22201 | 4/12/2022 | 21795 |
| **Job Date** | **Case No.** | |
| 3/31/2022 | | |

| Case Name |
|---|
| Stephen Oross, III v Kutztown University, et al |

| Payment Terms |
|---|
| Net 30 |



**Strehlow**
COURT REPORTING
www.StrehlowInc.com
215-504-4622

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Howard Eisen-2 bw exh pgs                                         293.70
      Exhibits                       2.00 Pages   @    0.500     1.00
      Production Fee       1.00 Flat Fee   @   150.000   150.00

                                     TOTAL DUE  >>>   **$444.70**

Location of Job  : VIRTUAL
* Medical

                             (-) Payments/Credits:        0.00
                             (+) Finance Charges/Debits:   0.00
                             (=) **New Balance:**        **$444.70**

---

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Lorrie McKinley, Esq.
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Job No.      : 21795          BU ID     : 1-MAIN
Case No.     :
Case Name    : Stephen Oross, III v Kutztown University, et al

Invoice No.  : 22201          Invoice Date : 4/12/2022
Total Due    : $444.70

| PAYMENT WITH CREDIT CARD | | | |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Strehlow & Associates, Inc.**
         **PO Box 734298 Dept 2032**
         **Dallas, TX 75373**

# Kaplan Leaman and Wolfe

Invoice

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376          Fax: (215) 922-1850

| Invoice Date | Invoice # |
|---|---|
| Tuesday, July 12, 2022 | 15932 |

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street
West Chester, PA 19382

Phone:   (610) 436-6060    Fax:   (610) 436-6804

| | |
|---|---|
| Witness: | Jesus Pena |
| Case: | Stephen Oross vs. Kutztown University, et al. |
| Venue: | |
| Case #: | |
| Date: | 6/17/2022 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | iere, Kelli Jastrzembski |
| Claim #: | |
| File #: | 111853dmh |

| Description | Quan | Total |
|---|---|---|
| Original and One Copy | 241 | $783.25 |
| | Sub Total | $783.25 |
| | Payments | $0.00 |
| | Balance Due | $783.25 |

*We appreciate your business!*

Fed. I.D. # 455337944
*We appreciate your business!*

**Kaplan Leaman & Wolfe Court Reporters**  **Statement**

230 South Broad Street
Suite 1303
Philadelphia, PA 19102
Phone: (877) 559-3376     Fax: (215) 922-1950

**Date**
8/16/2022

Lorrie McKinley
McKinley & Ryan, LLC
238 West Miner Street

West Chester, PA 19382

Phone (610) 436-6060
Fax

| Invoice # | Billed | Job Date | Witness / Presiding Official | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| Stephen Oross vs. Kutztown University, et al. | | | | | | |
| 16178 | 7/25/2022 | 6/30/2022 | Kenneth Hawkinson | | | $1,009.00 |
| | | | | | Case Total | $1,009.00 |
| | | | | | Grand Total | $1,009.00 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 + Days |
|---|---|---|---|
| $1,009.00 | | | |

Fed. I.D. # 45-5337944
*We appreciate your business!*

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 126061 | 9/7/2022 | 85080 |
| Job Date | Case No. ||
| 8/12/2022 | 5:21-CV-5032 ||
| Case Name |||
| Stephen ORoss, III v. Kutztown University, et al |||
| Payment Terms |||
| Net 30 |||



Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Stephen Oross, III
      Email Etran/ASCII/PDF                                            625.40
                                             1.00        @    20.000    20.00
                                       TOTAL DUE   >>>                $645.40

Thank you for your business!

We accept most major credit cards, subject to a 3% convenience fee.

Tax ID: 02-0680493

*Please detach bottom portion and return with payment.*

Lorrie McKinley
McKinley & Ryan
238 West Miner Street
West Chester, PA 19103

Invoice No.   : 126061
Invoice Date  : 9/7/2022
**Total Due**   : **$645.40**

Remit To: **Urbash Professional Reporting, Inc.
d/b/a NETWORK DEPOSITION SERVICES**
2936 McNeal Road
Allison Park, PA 15101
www.ndsreporting.com      866-565-1929

Job No.    : 85080
BU ID      : Pittsburgh
Case No.   : 5:21-CV-5032
Case Name  : Stephen ORoss, III v. Kutztown University, et al