## McKINLEY & RYAN, LLC
*Attorneys at Law*

238 West Miner Street
West Chester, PA 19382
Tel: (610) 436-6060
Fax: (610) 436-6804

Lorrie McKinley, Esquire
lmckinley@mckinleyryan.com

Nancy Ryan, Esquire
nryan@mckinleyryan.com

June 10, 2025

The Honorable Jeffrey L. Schmehl
United States District Court for the
Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

*Oross v. Kutztown University, et al.*
C.A. Nos. 21-cv-5032

Dear Judge Schmehl:

In connection with Plaintiff's pending petition for attorneys fees I am attaching for your consideration Judge Sanchez's recent decision in *Dennis v. Detective Frank Jastrzembski*, C.A. 18-2689 (June 4, 2025).

Respectfully submitted,

LORRIE McKINLEY

cc: Kevin R. Bradford, Esquire
Matthew Skolnik, Esquire
Ralph Lamar, Esquire