**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN OROSS, III,  : | |
| Plaintiff,  : | |
| : | |
| v.  : | Civil No. 5:21-cv-05032-JLS |
| : | |
| KUTZTOWN UNIVERSITY, *et al.*,  : | |
| Defendants.  : | |

## ORDER

**AND NOW**, this 16ᵗʰ day of December, 2025, upon consideration of Plaintiff's Petition for Attorneys' Fees (Doc. No. 105), Defendant's response (Doc. No. 109), Plaintiff's reply (Doc. No. 110), following oral argument, and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Petition [ECF 105] is **GRANTED** in part and **DENIED** in part.

It is further **ORDERED** that Defendant Kutztown University shall remit to Plaintiff's counsel the total sum of $789,537.50 in attorneys' fees ($696,065.00 to Attorney McKinley and $93,472.50 to Attorney Lamar).

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**